Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Findlay Management Group*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DONNELLY,<br><br>                 Plaintiff<br>vs.<br><br>FINDLAY MANAGEMENT GROUP, a Nevada Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>                 Defendant | Case No.: 2:24-cv-00375-CDS-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff John Donnelly ("Plaintiff") and Defendant Findlay Management Group, by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear their own fees and costs

DATED this 16th day of July, 2024.

KEMP & KEMP, ATTORNEYS AT LAW

/s/ *James P. Kemp*

James P. Kemp, Esq.
Nevada Bar No. 006375
7435 W. Azure Drive
Suite 110
Las Vegas, NV 89130

*Attorney for Plaintiff*

DATED this 16th day of July, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Elody C. Tignor*

Anthony L. Martin
Nevada Bar No. 8177
Elody C. Tignor
Nevada Bar No. 15663
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant Findlay Management Group*

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 17, 2024